# Exhibit 3

# 1984CV03714 Peebles, Branda vs. JRK Property Holdings Inc

- Case Type:
- Business Litigation
- Case Status:
- Open
- File Date
- 11/25/2019
- DCM Track:
- B - Special Track (BLS)
- Initiating Action:
- Other Complex Commercial Actions
- Status Date:
- 11/26/2019
- Case Judge:
- 
- Next Event:
- 

All Information    Party    Event    Docket    Disposition

## Party Information

**Peebles, Branda**
- Plaintiff

| Alias | Party Attorney |
|---|---|
|  | Attorney<br>Dullea, Esq., Daniel S<br>Bar Code<br>670416<br>Address<br>Essex County District Attorney's Office<br>10 Federal St<br>Suite 500<br>Salem, MA  01970<br>Phone Number<br>(978)745-6610<br>Attorney<br>Sachs, Esq., Keith Lawrence<br>Bar Code<br>634025<br>Address<br>DDSK Law LLC<br>900 Cummings Center<br>Suite 210U<br>Beverly, MA  01915<br>Phone Number<br>(978)338-6620 |

**More Party Information**

**Berger, Joshua**
- Plaintiff

| Alias | Party Attorney |
|---|---|
|  | Attorney<br>Dullea, Esq., Daniel S<br>Bar Code<br>670416<br>Address<br>Essex County District Attorney's Office<br>10 Federal St<br>Suite 500<br>Salem, MA  01970<br>Phone Number<br>(978)745-6610<br>Attorney<br>Sachs, Esq., Keith Lawrence<br>Bar Code<br>634025<br>Address<br>DDSK Law LLC<br>900 Cummings Center |

Suite 210U
Beverly, MA  01915
- Phone Number
- (978)338-6620

**More Party Information**

**JRK Property Holdings Inc**
- Defendant

| Alias | Party Attorney |
|---|---|
|  | - Attorney<br>- McGee-Tubb, Esq., Mathilda<br>- Bar Code<br>- 687434<br>- Address<br>- Mintz Levin Cohn Ferris Glovsky and Popeo PC<br>  1 Financial Center<br>  Boston, MA  02111<br>- Phone Number<br>- (617)348-4404<br>- Attorney<br>- Wintner, Esq., Thomas H<br>- Bar Code<br>- 667329<br>- Address<br>- Mintz, Levin, Cohn, Ferris, Glovsky and Popeo PC<br>  One Financial Center<br>  Boston, MA  02111<br>- Phone Number<br>- (617)348-1625 |

**More Party Information**

**Stevens Pond Apartments Property Owner LLC**
- Defendant

| Alias | Party Attorney |
|---|---|
|  | - Attorney<br>- McGee-Tubb, Esq., Mathilda<br>- Bar Code<br>- 687434<br>- Address<br>- Mintz Levin Cohn Ferris Glovsky and Popeo PC<br>  1 Financial Center<br>  Boston, MA  02111<br>- Phone Number<br>- (617)348-4404<br>- Attorney<br>- Wintner, Esq., Thomas H<br>- Bar Code<br>- 667329<br>- Address<br>- Mintz, Levin, Cohn, Ferris, Glovsky and Popeo PC<br>  One Financial Center<br>  Boston, MA  02111<br>- Phone Number<br>- (617)348-1625 |

**More Party Information**

**One Webster Apartments Property Owner LLC**
- Defendant

| Alias | Party Attorney |
|---|---|
|  | - Attorney<br>- McGee-Tubb, Esq., Mathilda<br>- Bar Code<br>- 687434<br>- Address<br>- Mintz Levin Cohn Ferris Glovsky and Popeo PC<br>  1 Financial Center<br>  Boston, MA  02111<br>- Phone Number<br>- (617)348-4404<br>- Attorney<br>- Wintner, Esq., Thomas H<br>- Bar Code<br>- 667329<br>- Address<br>- Mintz, Levin, Cohn, Ferris, Glovsky and Popeo PC<br>  One Financial Center<br>  Boston, MA  02111<br>- Phone Number |

- (617)348-1625

**More Party Information**

## Events

| Date | Session | Location | Type | Event Judge | Result |
|---|---|---|---|---|---|
| 06/17/2022 03:00 PM | Business Litigation 1 | BOS-13th FL, CR 1309 (SC) | Conference to Review Status | Krupp, Hon. Peter B | Held via Video/Teleconference |
| 11/29/2022 02:00 PM | Business Litigation 1 | BOS-13th FL, CR 1309 (SC) | Conference to Review Status | Krupp, Hon. Peter B | Rescheduled |
| 12/06/2022 02:00 PM | Business Litigation 1 | BOS-13th FL, CR 1309 (SC) | Conference to Review Status | Kazanjian, Hon. Helene | Rescheduled |
| 12/13/2022 02:00 PM | Business Litigation 1 | BOS-13th FL, CR 1309 (SC) | Conference to Review Status | Kazanjian, Hon. Helene | Held as Scheduled |

## Docket Information

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 11/25/2019 | Original civil complaint filed. | 1 | Image |
| 11/25/2019 | Civil action cover sheet filed.<br><br>(N/A) | 2 | Image |
| 11/26/2019 | Attorney appearance<br>On this date Keith Lawrence Sachs, Esq. added for Plaintiff Branda Peebles | | |
| 11/26/2019 | Attorney appearance<br>On this date Daniel S Dullea, Esq. added for Plaintiff Branda Peebles | | |
| 11/26/2019 | Attorney appearance<br>On this date Keith Lawrence Sachs, Esq. added for Plaintiff Joshua Berger | | |
| 11/26/2019 | Attorney appearance<br>On this date Daniel S Dullea, Esq. added for Plaintiff Joshua Berger | | |
| 12/06/2019 | Notice of 93A complaint sent to Attorney General | | Image |
| 12/09/2019 | General correspondence regarding notice of acceptance into Business Litigation Session case has been assigned to BLS 1<br><br>(dated 12/4/19)  notice sent 12/9/19 | 3 | Image |
| 01/21/2020 | Service Returned for<br>Defendants- Affidavit of Acceptance of Service by Counsel<br><br>Applies To: JRK Property Holdings Inc (Defendant); Stevens Pond Apartments Property Owner LLC (Defendant); One Webster Apartments Property Owner LLC (Defendant) | 4 | Image |
| 03/02/2020 | Received from<br>Defendants': Answer with claim for trial by jury;<br><br>Applies To: JRK Property Holdings Inc (Defendant); Stevens Pond Apartments Property Owner LLC (Defendant); One Webster Apartments Property Owner LLC (Defendant) | 5 | Image |
| 03/02/2020 | Attorney appearance<br>On this date Thomas H Wintner, Esq. added for Defendant JRK Property Holdings Inc | | |
| 03/02/2020 | Attorney appearance<br>On this date Mathilda McGee-Tubb, Esq. added for Defendant JRK Property Holdings Inc | | |
| 03/02/2020 | Attorney appearance<br>On this date Thomas H Wintner, Esq. added for Defendant Stevens Pond Apartments Property Owner LLC | | |
| 03/02/2020 | Attorney appearance<br>On this date Mathilda McGee-Tubb, Esq. added for Defendant Stevens Pond Apartments Property Owner LLC | | |
| 03/02/2020 | Attorney appearance<br>On this date Thomas H Wintner, Esq. added for Defendant One Webster Apartments Property Owner LLC | | |
| 03/02/2020 | Attorney appearance<br>On this date Mathilda McGee-Tubb, Esq. added for Defendant One Webster Apartments Property | | |

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| | Owner LLC | | |
| 06/09/2022 | ORDER: Scheduling Order<br>Date 6/2/22<br>NOTICE 6/8/22 | 6 | Image |
| 06/16/2022 | Conference Memorandum<br><br>Joint case management statement and proposed schedule | 7 | Image |
| 06/17/2022 | Event Result::  Conference to Review Status scheduled on:<br>         06/17/2022 03:00 PM<br>Has been: Held via Video/Teleconference<br>Hon. Peter B Krupp, Presiding<br>Staff:<br>         Gloria Brooks, Assistant Clerk Magistrate | | |
| 06/23/2022 | The following form was generated:<br><br>Notice to Appear<br>Sent On:  06/23/2022 11:43:58 | | |
| 06/29/2022 | ORDER: Scheduling Order<br>(see P#8) (dated 6/17/22) notice sent 6/27/22 | 8 | Image |
| 11/07/2022 | Event Result::  Conference to Review Status scheduled on:<br>         11/29/2022 02:00 PM<br>Has been: Rescheduled      For the following reason: By Court prior to date<br>Hon. Helene Kazanjian, Presiding<br>Staff:<br>         Gloria Brooks, Assistant Clerk Magistrate | | |
| 11/07/2022 | The following form was generated:<br><br>Notice to Appear<br>Sent On:  11/07/2022 11:20:07 | | |
| 11/21/2022 | Defendants JRK Property Holdings Inc, Stevens Pond Apartments Property Owner LLC, One Webster Apartments Property Owner LLC's Assented to Motion to continue / reschedule an event status conference | 9 | Image |
| 12/06/2022 | Event Result::  Conference to Review Status scheduled on:<br>         12/06/2022 02:00 PM<br>Has been: Rescheduled      For the following reason: Joint request of parties<br>Hon. Helene Kazanjian, Presiding<br>Staff:<br>         Gloria Brooks, Assistant Clerk Magistrate | | |
| 12/07/2022 | The following form was generated:<br><br>Notice to Appear<br>Sent On:  12/07/2022 13:04:46 | | |
| 12/07/2022 | Endorsement on Motion to Continue Status Conference (#9.0): ALLOWED<br>Allowed. The clerk shall scheduled a conference for December 13 or 14.<br>(12/7/22) (Notice sent 12/12/22) | | Image |
| 12/13/2022 | Event Result::  Conference to Review Status scheduled on:<br>         12/13/2022 02:00 PM<br>Has been: Held as Scheduled<br>Hon. Helene Kazanjian, Presiding<br>Staff:<br>         Gloria Brooks, Assistant Clerk Magistrate | | |

## Case Disposition

| Disposition | Date | Case Judge |
|---|---|---|
| Pending | | |