# Exhibit 7

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                                             SUPERIOR COURT
                                                         BUS. LIT. SESSION NO. 1

|  |  |
|---|---|
| BRANDA PEEBLES and JOSHUA BERGER, Individually and on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>JRK PROPERTY HOLDINGS, INC., STEVENS POND APARTMENTS PROPERTY OWNER, LLC, and ONE WEBSTER APARTMENTS PROPERTY OWNER, LLC,<br><br>    Defendants. | Civil Action No. 1984-cv-03714 |

**NOTICE OF FILING OF NOTICE OF REMOVAL**

TO THE CLERK OF COURT:

PLEASE TAKE NOTICE that on March 9, 2023, Defendants JRK Property Holdings, Inc., Stevens Pond Apartments Property Owner, LLC, and One Webster Apartments Property Owner, LLC filed a notice of removal regarding the above-captioned action in the United States District Court for the District of Massachusetts.

Pursuant to 28 U.S.C. § 1446(d), this action shall proceed no further in Superior Court "unless and until the case is remanded."

Attached hereto as **Exhibit A** is a copy of Defendant's Notice of Removal.

1

Respectfully submitted,

JRK PROPERTY HOLDINGS, INC., STEVENS POND APARTMENTS PROPERTY OWNER, LLC, and ONE WEBSTER APARTMENTS PROPERTY OWNER, LLC,

By their attorneys,

*/s/ Thomas H. Wintner*
Thomas H. Wintner (BBO # 667329)
Mathilda S. McGee-Tubb (BBO # 687434)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.
One Financial Center
Boston, MA 02111
617.542.6000 (telephone)
617.542.2241 (fax)
twintner@mintz.com
msmcgee-tubb@mintz.com

Dated: March 9, 2023

## **CERTIFICATE OF SERVICE**

       I, Thomas H. Wintner, attorney for the Defendants, hereby certify that on March 9, 2023, I caused a true and accurate copy of the foregoing document to be served by first-class mail and electronic mail on all counsel of record.

                                     */s/ Thomas H. Wintner*
                                     Thomas H. Wintner