# EXHIBIT A

# Secretary of the Commonwealth of Massachusetts
William Francis Galvin

# Business Entity Summary

**ID Number: 001170973**   Request certificate   New search

**Summary for:** JRK PROPERTY HOLDINGS, INC.

| | |
|---|---|
| **The exact name of the Foreign Corporation:** JRK PROPERTY HOLDINGS, INC. | |
| **Entity type:** Foreign Corporation | |
| **Identification Number:** 001170973 | |
| **Date of Registration in Massachusetts:** 04-28-2015 | |
| **Last date certain:** | |
| **Organized under the laws of: State:** CA **Country:** USA **on:** 09-13-1991 | |
| **Current Fiscal Month/Day:** 12/31 | |
| **The location of the Principal Office:** <br><br> Address: 11766 WILSHIRE BLVD., STE. 1500 <br> City or town, State, Zip code, Country:   LOS ANGELES, CA   90025   USA | |
| **The location of the Massachusetts office, if any:** <br><br> Address: <br> City or town, State, Zip code, Country: | |
| **The name and address of the Registered Agent:** <br><br> Name:   NATIONAL REGISTERED AGENTS, INC. <br> Address:   155 FEDERAL ST., STE 700 <br> City or town, State, Zip code, Country:   BOSTON, MA   02110   USA | |

**The Officers and Directors of the Corporation:**

| Title | Individual Name | Address |
|---|---|---|
| PRESIDENT | DANIEL LIPPMAN | 11766 WILSHIRE BLVD., STE. 1500 LOS ANGELES, CA 90025 USA |
| CEO | ROBERT LEE | 11766 WILSHIRE BLVD., STE. 1500 LOS ANGELES, CA 90025 USA |
| GENERAL COUNSEL | JAMES BAUMANN | 11766 WILSHIRE BLVD., STE. 1500 LOS ANGELES, CA 90025 USA |

| | | |
|---|---|---|
| DIRECTOR | DANIEL LIPPMAN | 11766 WILSHIRE BLVD., STE. 1500 LOS ANGELES, CA 90025 USA |
| DIRECTOR | JAMES LIPPMAN | 11766 WILSHIRE BLVD., STE. 1500 LOS ANGELES, CA 90025 USA |
| DIRECTOR | MATTHEW LIPPMAN | 11766 WILSHIRE BLVD., STE. 1500 LOS ANGELES, CA 90025 USA |
| DIRECTOR | ALEXANDRA LANDY | 11766 WILSHIRE BLVD., STE. 1500 LOS ANGELES, CA 90025 USA |

**Business entity stock is publicly traded:** ☐

**The total number of shares and the par value, if any, of each class of stock which this business entity is authorized to issue:**

| Class of Stock | Par value per share | Total Authorized | | Total issued and outstanding |
|---|---|---|---|---|
| | | No. of shares | Total par value | No. of shares |
| | | | | |

☐ Consent    ☐ Confidential Data    ☐ Merger Allowed    ☐ Manufacturing

**View filings for this business entity:**

```
ALL FILINGS
Amended Foreign Corporations Certificate
Annual Report
Annual Report - Professional
Application for Reinstatement
Articles of Consolidation - Foreign and Domestic
```

[View filings]

**Comments or notes associated with this business entity:**

[New search]

### Secretary of the Commonwealth of Massachusetts
William Francis Galvin

# Business Entity Summary

**ID Number: 001112365**   [Request certificate]   [New search]

**Summary for:** TEWKSBURY APARTMENTS PROPERTY OWNER LLC

| | |
|---|---|
| **The exact name of the Foreign Limited Liability Company (LLC):** TEWKSBURY APARTMENTS PROPERTY OWNER LLC |
| **The name was changed from:** DSF IV TEWKSBURY OWNER LLC **on** 08-18-2017 |
| **Entity type:** Foreign Limited Liability Company (LLC) |
| **Identification Number:** 001112365 |
| **Date of Registration in Massachusetts:** 07-22-2013 |
| **Last date certain:** |
| **Organized under the laws of: State:** DE **Country:** USA **on:** 06-03-2013 |
| **The location of the Principal Office:** <br><br> Address: 11766 WILSHIRE BLVD., STE. 1500 <br> City or town, State, Zip code, Country:   LOS ANGELES,   CA   90025   USA |
| **The location of the Massachusetts office, if any:** <br><br> Address: <br> City or town, State, Zip code, Country: |
| **The name and address of the Resident Agent:** <br><br> Name:   NATIONAL REGISTERED AGENTS, INC. <br> Address: 155 FEDERAL ST., STE <br> City or town, State, Zip code, Country:   BOSTON,   MA   02110   USA |

**The name and business address of each Manager:**

| Title | Individual name | Address |
|---|---|---|
| MANAGER | TEWKSBURY APARTMENTS REIT LLC | 11766 WILSHIRE BLVD., STE. 1500 LOS ANGELES, CA 90025 USA |

**The name and business address of the person(s) authorized to execute, acknowledge, deliver, and record any recordable instrument purporting to affect an interest in real property:**

| Title | Individual name | Address |
|---|---|---|
| REAL PROPERTY | DANIEL LIPPMAN | 11766 WILSHIRE BLVD., STE. 1500 LOS ANGELES, CA 90025 USA |
| REAL PROPERTY | JAMES BAUMANN | 11766 WILSHIRE BLVD., STE. 1500 LOS ANGELES, CA 90025 USA |
| REAL PROPERTY | JAMES LIPPMAN | 11766 WILSHIRE BLVD., STE. 1500 LOS ANGELES, CA 90025 USA |
| REAL PROPERTY | MATTHEW LIPPMAN | 11766 WILSHIRE BLVD., STE. 1500 LOS ANGELES, CA 90025 USA |
| REAL PROPERTY | ROBERT LEE | 11766 WILSHIRE BLVD., STE. 1500 LOS ANGELES, CA 90025 USA |

☐ Consent   ☐ Confidential Data   ☐ Merger Allowed   ☐ Manufacturing

**View filings for this business entity:**

ALL FILINGS
Annual Report
Annual Report - Professional
Application For Registration
Certificate of Amendment

[View filings]

**Comments or notes associated with this business entity:**

[New search]

# Secretary of the Commonwealth of Massachusetts
William Francis Galvin

## Business Entity Summary

**ID Number: 001140015**    [Request certificate]   [New search]

**Summary for:** ONE WEBSTER APARTMENTS PROPERTY OWNER LLC

| | |
|---|---|
| **The exact name of the Foreign Limited Liability Company (LLC):** ONE WEBSTER APARTMENTS PROPERTY OWNER LLC | |
| **Entity type:** Foreign Limited Liability Company (LLC) | |
| **Identification Number:** 001140015 | |
| **Date of Registration in Massachusetts:** 06-23-2014 | |
| | **Last date certain:** |
| **Organized under the laws of: State:** DE **Country:** USA **on:** 06-06-2014 | |

**The location of the Principal Office:**

Address: 11766 WILSHIRE BLVD. STE. 1500

City or town, State, Zip code, Country:    LOS ANGELES,   CA   90025   USA

**The location of the Massachusetts office, if any:**

Address:

City or town, State, Zip code, Country:

**The name and address of the Resident Agent:**

Name:    NATIONAL REGISTERED AGENTS, INC.

Address: 155 FEDERAL ST., STE 700

City or town, State, Zip code, Country:    BOSTON,   MA   02110   USA

**The name and business address of each Manager:**

| Title | Individual name | Address |
|---|---|---|
| | | |

**The name and business address of the person(s) authorized to execute, acknowledge, deliver, and record any recordable instrument purporting to affect an interest in real property:**

| Title | Individual name | Address |
|---|---|---|

| REAL PROPERTY | JAY SCHULMAN | 11766 WILSHIRE BLVD. STE. 1500 LOS ANGELES, CA 90025 USA |
|---|---|---|

| ☐ Consent | ☐ Confidential Data | ☐ Merger Allowed | ☐ Manufacturing |
|---|---|---|---|

**View filings for this business entity:**

```
ALL FILINGS
Annual Report
Annual Report - Professional
Application For Registration
Certificate of Amendment
Certificate of Cancellation
```

[View filings]

**Comments or notes associated with this business entity:**

[New search]

# Secretary of the Commonwealth of Massachusetts

William Francis Galvin

## Business Entity Summary

**ID Number:** 001142364                  [Request certificate]   [New search]

**Summary for:** STEVENS POND APARTMENTS PROPERTY OWNER LLC

| |
|---|
| **The exact name of the Foreign Limited Liability Company (LLC):** STEVENS POND APARTMENTS PROPERTY OWNER LLC |
| **Entity type:** Foreign Limited Liability Company (LLC) |
| **Identification Number:** 001142364 |
| **Date of Registration in Massachusetts:** 07-22-2014 |
| **Last date certain:** |
| **Organized under the laws of: State:** DE **Country:** USA **on:** 07-11-2014 |
| **The location of the Principal Office:** <br> Address: 11766 WILSHIRE BLVD. STE. 1500 <br> City or town, State, Zip code, Country:    LOS ANGELES,  CA   90025   USA |
| **The location of the Massachusetts office, if any:** <br> Address: <br> City or town, State, Zip code, Country: |
| **The name and address of the Resident Agent:** <br> Name:    NATIONAL REGISTERED AGENTS, INC. <br> Address: 155 FEDERAL ST., STE 700 <br> City or town, State, Zip code, Country:    BOSTON,  MA  02110  USA |
| **The name and business address of each Manager:** |

| Title | Individual name | Address |
|---|---|---|
|  |  |  |

**The name and business address of the person(s) authorized to execute, acknowledge, deliver, and record any recordable instrument purporting to affect an interest in real property:**

| Title | Individual name | Address |
|---|---|---|
|  |  |  |

| REAL PROPERTY | JAY SCHULMAN | 11766 WILSHIRE BLVD. STE. 1500 LOS ANGELES, CA 90025 USA |
|---|---|---|

☐ Consent  ☐ Confidential Data  ☐ Merger Allowed  ☐ Manufacturing

**View filings for this business entity:**

```
ALL FILINGS
Annual Report
Annual Report - Professional
Application For Registration
Certificate of Amendment
Certificate of Cancellation
```

[View filings]

**Comments or notes associated with this business entity:**

[New search]

# Secretary of the Commonwealth of Massachusetts
William Francis Galvin

## Business Entity Summary

**ID Number: 001354790**   Request certificate   New search

**Summary for:** CABOT CROSSING APARTMENTS PROPERTY OWNER LLC

| |
|---|
| **The exact name of the Foreign Limited Liability Company (LLC):** CABOT CROSSING APARTMENTS PROPERTY OWNER LLC |
| **Entity type:** Foreign Limited Liability Company (LLC) |
| **Identification Number:** 001354790 |
| **Date of Registration in Massachusetts:** 11-13-2018 |
| **Last date certain:** |
| **Organized under the laws of: State:** DE **Country:** USA **on:** 11-08-2018 |
| **The location of the Principal Office:**<br><br>Address: 11766 WILSHIRE BLVD., STE 1500<br>City or town, State, Zip code, Country:    LOS ANGELES,  CA  90025  USA |
| **The location of the Massachusetts office, if any:**<br><br>Address:<br>City or town, State, Zip code, Country: |
| **The name and address of the Resident Agent:**<br><br>Name:    NATIONAL REGISTERED AGENTS, INC.<br>Address: 155 FEDERAL STREET, SUITE 700<br>City or town, State, Zip code, Country:    BOSTON,  MA  02110  USA |
| **The name and business address of each Manager:** |

| Title | Individual name | Address |
|---|---|---|
| | | |

**The name and business address of the person(s) authorized to execute, acknowledge, deliver, and record any recordable instrument purporting to affect an interest in real property:**

| Title | Individual name | Address |
|---|---|---|
| | | |

| | | |
|---|---|---|
| REAL PROPERTY | JOHN MCKEE | 11766 WILSHIRE BLVD., STE 1500 LOS ANGELES, CA 90025 USA |
| REAL PROPERTY | JAMES LIPPMAN | 11766 WILSHIRE BLVD., STE 1500 LOS ANGELES, CA 90025 USA |
| REAL PROPERTY | ROBERT LEE | 11766 WILSHIRE BLVD., STE 1500 LOS ANGELES, CA 90025 USA |
| REAL PROPERTY | MATTHEW LIPPMAN | 11766 WILSHIRE BLVD., STE 1500 LOS ANGELES, CA 90025 USA |
| REAL PROPERTY | DANIEL LIPPMAN | 11766 WILSHIRE BLVD., STE 1500 LOS ANGELES, CA 90025 USA |

☐ Consent   ☐ Confidential Data   ☐ Merger Allowed   ☐ Manufacturing

**View filings for this business entity:**

ALL FILINGS
Annual Report
Annual Report - Professional
Application For Registration
Certificate of Amendment
Certificate of Cancellation

[View filings]

**Comments or notes associated with this business entity:**

[New search]

# Secretary of the Commonwealth of Massachusetts
William Francis Galvin

# Business Entity Summary

**ID Number: 001116611**　　　　　　　　　　　　　　[ Request certificate ]　[ New search ]

**Summary for:** ROYAL CREST APARTMENTS PROPERTY OWNER LLC

| | |
|---|---|
| **The exact name of the Foreign Limited Liability Company (LLC):** ROYAL CREST APARTMENTS PROPERTY OWNER LLC | |
| **Entity type:** Foreign Limited Liability Company (LLC) | |
| **Identification Number:** 001116611 | |
| **Date of Registration in Massachusetts:** 09-18-2013 | |
| | **Last date certain:** |
| **Organized under the laws of: State:** DE **Country:** USA **on:** 09-13-2013 | |
| **The location of the Principal Office:**<br><br>Address: 11766 WILSHIRE BLVD., SUITE 1500<br>City or town, State, Zip code, Country:　　LOS ANGELES,　CA　90025　USA | |
| **The location of the Massachusetts office, if any:**<br><br>Address:<br>City or town, State, Zip code, Country: | |
| **The name and address of the Resident Agent:**<br><br>Name:　　NATIONAL REGISTERED AGENTS, INC.<br>Address:　155 FEDERAL ST., SUITE 700<br>City or town, State, Zip code, Country:　　BOSTON,　MA　02110　USA | |
| **The name and business address of each Manager:** | |

| Title | Individual name | Address |
|---|---|---|
| MANAGER | JRK MF OPPORTUNITIES I L.P. | 11766 WILSHIRE BLVD., SUITE 1500 LOS ANGELES, CA 90025 USA |

**The name and business address of the person(s) authorized to execute, acknowledge, deliver, and record any recordable instrument purporting to affect an interest in real property:**

| Title | Individual name | Address |
|---|---|---|
| | | |

| | | |
|---|---|---|
| REAL PROPERTY | ROBERT LEE | 11766 WILSHIRE BLVD., SUITE 1500 LOS ANGELES, CA 90025 USA |
| REAL PROPERTY | DANIEL LIPPMAN | 11766 WILSHIRE BLVD., SUITE 1500 LOS ANGELES, CA 90025 USA |

☐ Consent  ☐ Confidential Data  ☐ Merger Allowed  ☐ Manufacturing

**View filings for this business entity:**

```
ALL FILINGS
Annual Report
Annual Report - Professional
Application For Registration
Certificate of Amendment
Certificate of Cancellation
```

[View filings]

**Comments or notes associated with this business entity:**

[New search]

# Secretary of the Commonwealth of Massachusetts
William Francis Galvin

# Business Entity Summary

**ID Number: 001224319**   [Request certificate]   [New search]

**Summary for:** ESSEX APARTMENTS PROPERTY OWNER LLC

| | |
|---|---|
| **The exact name of the Foreign Limited Liability Company (LLC):** ESSEX APARTMENTS PROPERTY OWNER LLC ||
| **Entity type:** Foreign Limited Liability Company (LLC) ||
| **Identification Number:** 001224319 ||
| **Date of Registration in Massachusetts:** 05-20-2016 ||
| | **Last date certain:** |
| **Organized under the laws of: State:** DE **Country:** USA **on:** 05-17-2016 ||

**The location of the Principal Office:**

Address: 11766 WILSHIRE BLVD., STE 1500

City or town, State, Zip code, Country:    LOS ANGELES, CA  90025  USA

**The location of the Massachusetts office, if any:**

Address:

City or town, State, Zip code, Country:

**The name and address of the Resident Agent:**

Name:    NATIONAL REGISTERED AGENTS, INC.

Address: 155 FEDERAL ST., STE 700

City or town, State, Zip code, Country:    BOSTON, MA  02110  USA

**The name and business address of each Manager:**

| Title | Individual name | Address |
|---|---|---|
| | | |

**The name and business address of the person(s) authorized to execute, acknowledge, deliver, and record any recordable instrument purporting to affect an interest in real property:**

| Title | Individual name | Address |
|---|---|---|
| | | |

| REAL PROPERTY | JAMES LIPPMAN | 11766 WILSHIRE BLVD., STE 1500 LOS ANGELES, CA 90025 USA |
|---|---|---|
| REAL PROPERTY | ROBERT LEE | 11766 WILSHIRE BLVD., STE 1500 LOS ANGELES, CA 90025 USA |
| REAL PROPERTY | DANIEL LIPPMAN | 11766 WILSHIRE BLVD., STE 1500 LOS ANGELES, CA 90025 USA |
| REAL PROPERTY | MATTHEW LIPPMAN | 11766 WILSHIRE BLVD. STE. 1500 LOS ANGELES, CA 90025 USA |
| REAL PROPERTY | JAMES BAUMANN | 11766 WILSHIRE BLVD. STE. 1500 LOS ANGELES, CA 90025 USA |

☐ Consent   ☐ Confidential Data   ☐ Merger Allowed   ☐ Manufacturing

**View filings for this business entity:**

ALL FILINGS
Annual Report
Annual Report - Professional
Application For Registration
Certificate of Amendment
Certificate of Cancellation

[View filings]

**Comments or notes associated with this business entity:**

[New search]