# EXHIBIT B

COMMONWEALTH OF MASSACHUSETTS

| | |
|---|---|
| SUFFOLK, ss. | SUPERIOR COURT<br>BUS. LIT. SESSION<br>CIVIL ACTION NO.<br>SUCV2019-03714-BLS1 |

)
BRANDA PEEBLES and JOSHUA )
BERGER, Individually, and on BEHALF )
OF ALL OTHERS SIMILARLY )
SITUATED, )
    Plaintiffs, )
)
vs. )
)
JRK PROPERTY HOLDINGS, INC., )
STEVENS POND APARTMENTS )
PROPERTY OWNER, LLC, and ONE )
WEBSTER APARTMENTS )
PROPERTY OWNER, LLC, )
    Defendants. )
)

## ATTORNEY KEITH L. SACHS'S AFFIDAVIT IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

I, Keith L. Sachs, on oath do depose and state as follows:

1. I am over the age of eighteen and base this affidavit on my personal knowledge, my firm's records in this matter, and other information/documents which I believe to be true and accurate.

2. I am counsel for the Plaintiffs Branda Peebles and Joshua Berger, Individually, and on Behalf of All Others Similarly Situated.

3. I am admitted to practice law and remain in good standing before the Supreme Judicial Court (1996), the United States District Court for the District of Massachusetts (1998), and the United States Court of Appeals for the First Circuit (2007).

4. In January 2019 I, along with other partners, founded the law firm, DDSK Law, LLC ("DDSK"), in Beverly, Massachusetts.

5. Prior to opening DDSK, I was employed by Metaxas Brown Pidgeon ("MBP") in Beverly, Massachusetts, from December 2006 through December 2019.

6. I was a law clerk to the Justices of the Massachusetts Superior Court from September 1996 through August 1997, and thereafter practiced civil litigation in Boston, Massachusetts, until joining MBP in 2006.

7. My current practice focuses primarily on commercial and general civil litigation matters, including class matters, and I regularly appear before the District and Superior Courts of Massachusetts, as well as the Federal District Court for the District of Massachusetts.

8. Over the years I have represented both tenants and landlords in the Housing, District, and Superior Courts of the Commonwealth of Massachusetts.

9. I have been involved as co-counsel in three previous Class Actions with my prior firm, MBP, and am familiar with the workings of Rule 23, as well as the topic at hand in this matter under G. L. c. 186, §15B.

10. My firm is able to devote both attorney time and expense resources to this matter.

11. Attached to Plaintiffs' memorandum are Exhibits A-L.

12. Attached as Exhibit A are true and accurate copies of documents downloaded from the Secretary of The Commonwealth's website (https://www.sec.state.ma.us/) regarding all six Properties at issue in Plaintiffs' motion.

13. Attached as Exhibit B is this affidavit.

14. Exhibits C-G are true and accurate copies of the documents they purport to be which were produced by the Defendant.

15. Attached as Exhibit H is a true and accurate copy of the 93A demand letter sent to Defendants.

16. Attached as Exhibit I is a true and accurate copy of the complaint filed in this action.

17. Exhibits J-K are true and accurate copies of the documents they purport to be which were produced by the Defendant.

18. Attached as Exhibit L is a true and accurate copy of the deposition transcript of the Defendants' 30(b)(6) designee, Thomas Manzo.

19. The contents of footnote 3 in Plaintiffs' memorandum states that JRK has management/ultimate ownership of the of the following number of units in the Commonwealth:

   a. 246 units at the Residences at Tewksbury;
   b. 121 units at One Webster;
   c. 326 units at Stevens Pond;
   d. 154 units at Essex Apartment Homes;
   e. 24 units at Royal Crest Estates
   f. 252 units at Cabot Crossing (for a total of 1,123 units)

20. The information regarding the number of units regarding One Webster and Stevens Pond was taken from Exhibit J.

21. The information for the number of units at the Residences at Tewksbury, Essex Apartment Homes, Royal Crest Estates, and Cabot Crossing were obtained by my online research of property card records, registry of deeds records, and news articles.

22. I believe the number of units for the Residences at Tewksbury, Essex Apartment Homes, Royal Crest Estates, and Cabot Crossing to be accurate.

Signed under the pains and penalties of perjury this 28th day of February 2022.

/s/ *Keith L. Sachs*
Keith L. Sachs

3