# EXHIBIT E

**From:**
**Accounts**

Stevens Pond
1 Founders' Way
Saugus, MA 01906

**Statement of Security Deposit**

Aug 23, 2018

Account: 01-4723

**To:**

Branda L. Peebles
119 Thoreau Way #632
Lawrence, MA 01843

**Residents:**

Branda L. Peebles
Brian J. Twomey

| **Agreement:** | | | | **Monthly Charges:** | | |
|---|---|---|---|---|---|---|
| | Lease begins | 08/19/17 | | | SECOND FLOOR | |
| | Lease ends | 08/18/18 | | | 20.00 | |
| | Move-in | 08/19/17 | | | GLOBAL FEE | |
| | Notice | 06/02/18 | | | 20.00 | |
| | Move-out | 08/18/18 | | | POOL/POND VIEW | |

| | | | |
|---|---|---|---|
| On Hand: | SECDP* | 1.29 | |
| | SECURITY DEPOSIT | 500.00 | |
| | | ------------ | |
| | | 501.29 | |
| Balances Due: | UTILITY BILLING | 44.76 | |
| | | ------------ | |
| | | 44.76 | |
| New Charges: | Touch Up Paint | 50.00 | |
| | Carpet Clean per Lease | 65.00 | |
| | | ------------ | |
| | | 115.00 | |

| **Summary:** | | |
|---|---|---|
| | Total Deposits | 501.29 |
| | Total Prepaid | 0.00 |
| | Applied to Due | 44.76 |
| | Applied to Other | 115.00 |
| | | ------------ |
| | Refunded | 341.53 |
| | | ------------ |
| | Due Property | 0.00 |

If you should have any questions regarding this statement, please contact our office.  The Leasing Office phone number is 781-231-1901.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY,

_____
Landlord
Thank you.

CONFIDENTIAL