# EXHIBIT G

## MOVE OUT CLEANING & REPLACEMENT CHARGES

RESIDENT NAME(S): Joshua B Berger and Tressa H Ellis   APT. #: 302

Painting of walls – *one coat* (Other than damage or heavy smoke)
Shampooing of carpets (Other than stains, heavy soil, and pet damage)

Resident is required to have the apartment professionally cleaned and carpet cleaned upon move out. If the apartment is not returned to us in this condition the following charges will be applied.

|  | ONE BEDROOM | TWO BEDROOM | THREE BEDROOM | THREE BEDROOM TOWNHOME |
|---|---|---|---|---|
| PAINTING (PER COAT) | $300.00 | $400.00 | $475.00 | $600.00 |
| CARPET CLEANING | $80.00 | $90.00 | $110.00 | $175.00 |
| TOUCH-UP PAINT | $150.00 | $200.00 | $237.50 | $300.00 |
| APARTMENT CLEAN | $80.00 | $90.00 | $110.00 | $175.00 |

The following charges will be assessed regardless of how long resident occupies the apartment.

### REPLACEMENTS (flat charge):

| Item | Charge | Item | Charge |
|---|---|---|---|
| Bathtub/Shower Resurface | $ 315.00 | Oven Rack - *each* | $ 20.00 |
| Blinds (Mini-blind) - *each* | $ 40.00 | Peep Holes, partial | $ 10.00 |
| Blinds (Vertical) - *each* | $ 100.00 | Peep Holes, complete | $ 20.00 |
| Broiler Pan | $ 25.00 | Refrigerator Crisper Tray - *each* | $ 40.00 |
| Carpet Repairs - *each* | $ 20.00 | Refrigerator Ice Trays (set of 2) | $ 2.00 |
| Carpet Replacement | Actual Cost | Screens (Patio Door) | $ 50.00 |
| Closet Rod - *each* | $ 25.00 | Screen (Window) - *each* | $ 35.00 |
| Counter (Bathroom) | Actual Cost | Shower Doors | Actual Cost |
| Counter (Kitchen) | Actual Cost | Shower Head | $ 10.00 |
| Counter Resurface (Bathroom) - *each* | $ 50.00 | Smoke Detector/Alarm - *each* | $ 15.00 |
| Counter Resurface (Kitchen) - *each* | $ 90.00 | Smoke Detector/Battery - *each* | $ 4.00 |
| Door (Bifold) - *each* | $ 90.00 | Stove Burner - *each* | $ 25.00 |
| Door (Exterior) | $ 175.00 | Stove Burner Rings - *each* | $ 5.00 |
| Door (Interior) - *each* | $ 85.00 | Stove Drip Pan 8" - *each* | $ 10.00 |
| Draperies - *each* | $ 30.00 | Stove Drip Pan 6" - *each* | $ 8.00 |
| Drywall Repairs - *per hour* | $ 35.00 | Switch Plates/Sockets - *each* | $ 2.00 |
| Extermination (Special) - *per visit* | $ 40.00 | Toilet | $ 125.00 |
| Faucets (Bath/Kitchen) - *each* | $ 30.00 | Toilet Seat - *each* | $ 25.00 |
| Garage Door - *panel* | $ 100.00 | Towel Bars - *each* | $ 10.00 |
| Garage Door Opener (Remote) | $ 75.00 | Vinyl Repairs - *each* | $ 15.00 |
| Garbage Disposal | $ 85.00 | Vinyl Replacement | Actual Cost |
| Keys (Door) - *each* | $ 10.00 | Wallpaper Removal - *per hour* | $ 25.00 |
| Keys (Mailbox) - *each* | $ 15.00 | Window (Broken) | Actual Cost |
| Light bulbs - *each* | $ 1.00 | OTHER | |
| Light Fixture/Ceiling Fan - *each* | $ 45.00 | OTHER | |
| Light Globes - *each* | $ 10.00 | OTHER | |
| Lock & Deadbolt (Door) | $ 55.00 | OTHER | |
| Lock (Mailbox) | $ 20.00 | OTHER | |
| Medicine Cabinet | Actual Cost | OTHER | |
| Mirror (Bathroom) | Actual Cost | OTHER | |

### CLEANING CHARGES:

| Item | Charge | Item | Charge |
|---|---|---|---|
| Air Vents/Exhaust Fans - *each* | $ 5.00 | Range Top | $ 15.00 |
| Balcony/Patio | $ 10.00 | Refrigerator | $ 25.00 |
| Bathtub - *each* | $ 10.00 | Shower Wall Tile | $ 15.00 |
| Cabinets (Kitchen) | $ 10.00 | Sink (Kitchen/Bath) - *each* | $ 5.00 |
| Cabinets (Bathroom) | $ 5.00 | Switch Plates - *each* | $ 1.00 |
| Closet Shelves - *each* | $ 3.00 | Toilet - *each* | $ 20.00 |
| Counters | $ 5.00 | Trash Removal - *per bag* | $ 10.00 |
| Dishwasher | $ 10.00 | Vacuum Carpet - *per room* | $ 5.00 |
| Doors/Frames - *each* | $ 5.00 | Vent Hood | $ 10.00 |
| Faucets (Kitchen/Bath) - *each* | $ 2.00 | Walls (Wash) - *each* | $ 5.00 |
| Fireplace | $ 20.00 | Washer/Dryer | $ 10.00 |
| Floors (Kitchen/Bath) - *each* | $ 15.00 | Windows - *each* | $ 5.00 |
| Heat Registers - *each* | $ 5.00 | OTHER | |
| Light Fixtures - *each* | $ 2.00 | OTHER | |
| Medicine Cabinets - *each* | $ 2.00 | OTHER | |
| Mirrors - *each* | $ 2.00 | OTHER | |
| Oven | $ 25.00 | OTHER | |
| Patio Sliding Door | $ 5.00 | OTHER | |

Nothing herein shall be construed as a limitation on Agent's right to pursue Resident for damages and/or additional cleaning not specifically listed hereon. This document will be attached to the Inventory and Condition Form, and become part of that document upon vacating.

Resident Signature(s) _____   Date _____

Agent for Owner _____   Date _____

[1] *Joshua B Berger*   [2] *Tressa H Ellis*   [3] *Roberta Silva*