# EXHIBIT J

COMMONWEALTH OF MASSACHUSETTS

| | |
|---|---|
| SUFFOLK, ss. | SUPERIOR COURT<br>BUS. LIT. SESSION NO. 1 |

|   |   |   |
|---|---|---|
| BRANDA PEEBLES and JOSHUA BERGER, Individually and on behalf of themselves and all others similarly situated,<br><br>　　　Plaintiffs,<br><br>v.<br><br>JRK PROPERTY HOLDINGS, INC., STEVENS POND APARTMENTS PROPERTY OWNER, LLC, and ONE WEBSTER APARTMENTS PROPERTY OWNER, LLC,<br><br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1984-cv-03714 |

## DEFENDANTS' STIPULATION REGARDING LEASES

Defendants JRK Property Holdings, Inc., Stevens Pond Apartments Property Owner, LLC, and One Webster Apartments Property Owner, LLC, by their undersigned counsel, without waiving any defenses or objections, including without limitation as to relevancy, hereby stipulate and agree as follows:

1. The exemplar Apartment Lease Contracts and accompanying addenda provided for 2016 through 2021 for the Residences at Stevens Pond are representative of the leases and accompanying addenda of other tenants at the Residences at Stevens Pond, 1 Founders Way, Saugus, Massachusetts, for each of those years, with respect to the provisions pertaining to move-out and the tenant(s)' security deposit.

2. The exemplar Apartment Lease Contracts and accompanying addenda provided for 2016 through 2021 for One Webster Apartment Homes are representative of the leases and

1

accompanying addenda of other tenants at One Webster Apartment Homes, 1 Webster Avenue, Chelsea, Massachusetts, for each of those years, with respect to the provisions pertaining to move-out and the tenant(s)' security deposit.

3. The properties in Massachusetts owned or operated by JRK had the following turnover rates during the relevant years:

| Property | 2016 | 2017 | 2018 | 2019 | 4 Year Avg. |
|---|---|---|---|---|---|
| One Webster Apartment Homes | 76% | 66% | 71% | 71% | 71% |
| Residences at Stevens Pond | 57% | 60% | 65% | 59% | 60% |

Agreed:

JRK PROPERTY HOLDINGS, INC., STEVENS POND APARTMENTS PROPERTY OWNER, LLC, and ONE WEBSTER APARTMENTS PROPERTY OWNER, LLC,

By their attorneys,

*/s/ Thomas H. Wintner*
Thomas H. Wintner (BBO # 667329)
Mathilda S. McGee-Tubb (BBO # 687434)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.
One Financial Center
Boston, MA 02111
617.542.6000 (telephone)
617.542.2241 (fax)
twintner@mintz.com
msmcgee-tubb@mintz.com

Dated: June 17, 2021