# EXHIBIT K

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SSI440 | | | | | | Resident History Report (From 1/1/1970 Thru 12/31/2099) | | | | | | | | Page: 1 of 6 |
| 01SVP | | | | | | JRK Residential | | | | | | | | 04/2021 |
| Select: 4/5/2021 | | | | | | RESIDENCES AT STEVENS POND - Saugus, MA | | | | | | | | 04/06/21 |
| 326 Apts, 381,825 Sq. Ft. | | | | | | April 05, 2021 | | | | | | | | 13:39 |

| Tran.Date | Date Of Record | Due Date | SC Desc. | Invoice | Code | Billings | Adjust. | Non-Rec. Adjust. | Payments Ret | Refer. | Refunds | Forfeits To | Write-Offs | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **4723** | | | | | | | | | | | | | | |
| 01-4723 | | | Peebles, Branda L.; Twomey, Brian J. | | | | | | | | | | | |
| Status: | | Previous | | | | | | | | | | | | |
| Beginning Balance: | | | 0.00 | | | | | | | | | | | |
| 07/30/17 | 07/30/17 | 07/30/17 | BA Billing via web service | S000028712 | LOCKS | 126.00 | | | | | | | | 126.00 |
| 07/30/17 | 07/30/17 | 07/30/17 | BA Billing via web service | S000028713 | SECDP | 250.00 | | | | | | | | 376.00 |
| 07/30/17 | 07/30/17 | 07/30/17 | AI W PS120727085-MC BPeebl | S000028713 | SECDP | | | | $250.00- | | | | | 126.00 |
| 07/30/17 | 07/30/17 | 07/30/17 | AI W PS120727085-MC BPeebl | S000028712 | LOCKS | | | | $126.00- | | | | | 0.00 |
| 08/19/17 | 08/19/17 | 08/19/17 | PA Payment | S000029190 | RENT | | | | $849.00- | 145670467 | | | | 849.00- |
| 08/19/17 | 08/19/17 | 09/01/17 | PA Payment | S000029830 | RENT | | | | $35.00- | 145670467 | | | | 884.00- |
| 08/19/17 | | 08/19/17 | BA Move In Prorates | S000029190 | RENT | 849.00 | | | | | | | | 35.00- |
| 08/19/17 | 08/26/17 | 08/19/17 | PA MI Prorate= $784 | S000029921 | RENT | 65.00- | | | | | | | | 100.00- |
| 08/19/17 | 08/26/17 | 08/19/17 | PA MI Prorate= $784 | S000029921 | GYMFE | 50.00 | | | | | | | | 50.00- |
| 08/19/17 | 08/26/17 | 08/19/17 | PA MI Prorate= $784 | S000029921 | SECDP | 250.00 | | | | | | | | 200.00 |
| 08/19/17 | 08/26/17 | 08/19/17 | PA MI Prorate= $784 | S000029921 | TCONC | 200.00- | | | | | | | | 0.00 |
| 09/01/17 | 09/01/17 | 09/01/17 | RC Recurring Charges Update | S000029830 | RENT | 1,960.00 | | | | | | | | 1,960.00 |
| 09/01/17 | 09/01/17 | 09/01/17 | PA Payment | S000029830 | RENT | | | | $1,925.00- | 328 | | | | 35.00 |
| 09/01/17 | 09/01/17 | 11/01/17 | PA Payment | S000031467 | RENT | | | | $35.00- | 328 | | | | 0.00 |
| 09/08/17 | 09/08/17 | 08/19/17 | PA AOC | S000029921 | SECDP | | | | $250.00- | KG | | | | 250.00- |
| 09/08/17 | 09/08/17 | 11/01/17 | PA AOC | S000031467 | RENT | | | | $35.00 | KG | | | | 215.00- |
| 09/08/17 | 09/08/17 | 08/19/17 | PA AOC | S000029921 | GYMFE | | | | $50.00- | KG | | | | 265.00- |
| 09/08/17 | 09/08/17 | 08/19/17 | PA AOC | S000029921 | RENT | | | | $265.00 | KG | | | | 0.00 |
| 09/12/17 | 09/12/17 | 09/12/17 | PA Payment | S000029967 | GARAG | 150.00 | | | | | | | | 150.00 |
| 09/27/17 | 09/27/17 | 09/27/17 | AI UBI 07/31/17-08/31/17 | S000030473 | UBILL | 4.92 | | | | | | | | 154.92 |
| 10/01/17 | 10/01/17 | 10/01/17 | RC Recurring Charges Update | S000030806 | RENT | 1,875.00 | | | | | | | | 2,029.92 |
| 10/01/17 | 10/01/17 | 10/01/17 | RC Recurring Charges Update | S000030806 | GARAG | 150.00 | | | | | | | | 2,179.92 |
| 10/01/17 | 10/01/17 | 10/01/17 | RC Recurring Charges Update | S000030806 | POLVW | 45.00 | | | | | | | | 2,224.92 |
| 10/01/17 | 10/01/17 | 10/01/17 | RC Recurring Charges Update | S000030806 | 2NDFL | 20.00 | | | | | | | | 2,244.92 |
| 10/01/17 | 10/01/17 | 10/01/17 | RC Recurring Charges Update | S000030806 | GLOBL | 20.00 | | | | | | | | 2,264.92 |
| 10/02/17 | 10/02/17 | 09/12/17 | PA Payment | S000029967 | GARAG | | | | $150.00- | 239 | | | | 2,114.92 |
| 10/02/17 | 10/02/17 | 09/27/17 | PA Payment | S000030473 | UBILL | | | | $4.92- | 239 | | | | 2,110.00 |
| 10/02/17 | 10/02/17 | 10/01/17 | PA Payment | S000030806 | 2NDFL | | | | $20.00- | 239 | | | | 2,090.00 |
| 10/02/17 | 10/02/17 | 10/01/17 | PA Payment | S000030806 | GARAG | | | | $150.00- | 239 | | | | 1,940.00 |
| 10/02/17 | 10/02/17 | 10/01/17 | PA Payment | S000030806 | GLOBL | | | | $20.00- | 239 | | | | 1,920.00 |
| 10/02/17 | 10/02/17 | 10/01/17 | PA Payment | S000030806 | POLVW | | | | $45.00- | 239 | | | | 1,875.00 |
| 10/02/17 | 10/02/17 | 10/01/17 | PA Payment | S000030806 | RENT | | | | $1,595.00- | 239 | | | | 280.00 |
| 10/05/17 | 01/26/18 | 02/01/18 | PA Rent= $1960, did not receive | S000034127 | RENT | | | | $20.00- | KG | | | | 260.00 |
| 10/05/17 | 01/26/18 | 10/05/17 | PA Rent= $1960, did not receive | S000034536 | RENT | 20.00- | | | | | | | | 240.00 |
| 10/05/17 | 01/26/18 | 10/05/17 | PA Rent= $1960, did not receive | S000034536 | RENT | | | | $20.00 | KG | | | | 260.00 |
| 10/05/17 | | 10/05/17 | PA Did not receive garage | S000030860 | RENT | 280.00- | | | | | | | | 20.00- |
| 10/12/17 | 10/12/17 | 10/01/17 | PA Allocating | S000030806 | RENT | | | | $280.00- | DK | | | | 300.00- |
| 10/12/17 | 10/12/17 | 10/05/17 | PA Allocating | S000030860 | RENT | | | | $280.00 | DK | | | | 20.00- |
| 10/27/17 | 10/27/17 | 10/27/17 | AI UBI 08/31/17-09/30/17 | S000031402 | UBILL | 30.99 | | | | | | | | 10.99 |

Current Residents , Previous Residents , Subsidy and Non-Subsidy transactions

CONFIDENTIAL

JRK0000254

| SSI440 | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01ONE | | | | | | | | | | | | | |
| Select: 4/6/2021 | | | | | | | | | | | | | |
| 121 Apts, 101,099 Sq. Ft. | | | | | | | | | | | | | |

**Resident History Report (From 1/1/1970 Thru 12/31/2099)**
**JRK Residential**
**ONE WEBSTER - Chelsea, MA**
**April 06, 2021**

Page: 1 of 7
04/2021
04/06/21
13:33

| Tran.Date | Date Of Record | Due Date | SC Desc. | Invoice | Code | Billings | Adjust. | Non-Rec. Adjust. | Payments Ret | Refer. | Refunds | Forfeits To | Write-Offs | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **302** | | | | | | | | | | | | | | |
| 01-302 | | | Berger, Joshua B.; Ellis, Tressa H. | | | | | | | | | | | |
| Status: | | Previous | | | | | | | | | | | | |
| Beginning Balance: | | | 0.00 | | | | | | | | | | | |
| 07/17/18 | 07/17/18 | 07/17/18 | BA Billing via web service | S000009619 | SECDP | 200.00 | | | | | | | | 200.00 |
| 07/17/18 | 07/17/18 | 07/17/18 | BA Billing via web service | S000009620 | LOCKS | 100.00 | | | | | | | | 300.00 |
| 07/17/18 | 07/17/18 | 07/17/18 | AI W PS149782596-VS JBerger | S000009619 | SECDP | | | | $200.00- | | | | | 100.00 |
| 07/17/18 | 07/17/18 | 07/17/18 | AI W PS149782596-VS JBerger | S000009620 | LOCKS | | | | $100.00- | | | | | 0.00 |
| 08/31/18 | 08/31/18 | 08/31/18 | PA MI SD | S000010107 | SECDP | 800.00 | | | | | | | | 800.00 |
| 08/31/18 | 08/31/18 | 08/31/18 | PA GYM FEE | S000010108 | GYMFE | 70.00 | | | | | | | | 870.00 |
| 08/31/18 | 08/31/18 | 08/31/18 | PA Payment | S000010106 | FLOOR | | | | $1.00- | 53631092 | | | | 869.00 |
| 08/31/18 | 08/31/18 | 08/31/18 | PA Payment | S000010106 | RENT | | | | $60.00- | 53631092 | | | | 809.00 |
| 08/31/18 | 08/31/18 | 09/01/18 | PA Payment | S000010200 | GLOBL | | | | $15.00- | 53631092 | | | | 794.00 |
| 08/31/18 | 08/31/18 | 09/01/18 | PA Payment | S000010200 | FLOOR | | | | $20.00- | 53631092 | | | | 774.00 |
| 08/31/18 | 08/31/18 | 09/01/18 | PA Payment | S000010200 | RENT | | | | $1,809.00- | 53631092 | | | | 1,035.00- |
| 08/31/18 | 08/31/18 | 09/01/18 | PA Payment | S000010200 | GLOBL | | | | | 53631092 | | | | 1,035.00- |
| 08/31/18 | 08/31/18 | | PA Payment | 0 | FLOOR | | | | $30.00- | 53631092 | | | | 1,065.00- |
| 08/31/18 | 08/31/18 | 09/01/18 | PA Payment | S000010200 | RENT | | | | $10.00- | 53631092 | | | | 1,075.00- |
| 08/31/18 | 08/31/18 | 10/01/18 | PA Payment | S000010517 | RENT | | | | $1.00- | 53631092 | | | | 1,076.00- |
| 08/31/18 | 08/31/18 | | PA Payment | 0 | FLOOR | | | | $10.00- | 53631092 | | | | 1,086.00- |
| 08/31/18 | 08/31/18 | | PA Payment | 0 | GLOBL | | | | $15.00- | 53631092 | | | | 1,101.00- |
| 08/31/18 | 08/31/18 | 03/01/19 | PA Payment | S000012303 | RENT | | | | $815.00- | 53631092 | | | | 1,916.00- |
| 08/31/18 | 08/31/18 | 08/31/18 | BA Move In Prorates | S000010106 | RENT | 60.00 | | | | | | | | 1,856.00- |
| 08/31/18 | 08/31/18 | 08/31/18 | BA Move In Prorates | S000010106 | FLOOR | 1.00 | | | | | | | | 1,855.00- |
| 09/01/18 | 09/01/18 | 09/01/18 | RC Recurring Charges Update | S000010200 | RENT | 1,819.00 | | | | | | | | 36.00- |
| 09/01/18 | 09/01/18 | 09/01/18 | RC Recurring Charges Update | S000010200 | FLOOR | 20.00 | | | | | | | | 16.00- |
| 09/01/18 | 09/01/18 | 09/01/18 | RC Recurring Charges Update | S000010200 | GLOBL | 15.00 | | | | | | | | 1.00- |
| 09/06/18 | 09/06/18 | 03/01/19 | PA aoc | S000012303 | RENT | | | | $1.00 | | | | | 0.00 |
| 09/06/18 | 09/06/18 | 03/01/19 | PA aoc | S000012303 | RENT | | | | $1.00- | | | | | 1.00- |
| 09/06/18 | 09/06/18 | 08/31/18 | PA AOC | S000010107 | SECDP | | | | $800.00- | | | | | 801.00- |
| 09/06/18 | 09/06/18 | | PA AOC | 0 | FLOOR | | | | $40.00 | | | | | 761.00- |
| 09/06/18 | 09/06/18 | | PA AOC | 0 | GLOBL | | | | $15.00 | | | | | 746.00- |
| 09/06/18 | 09/06/18 | 03/01/19 | PA AOC | S000012303 | RENT | | | | $816.00 | | | | | 70.00 |
| 09/06/18 | 09/06/18 | 08/31/18 | PA AOC | S000010108 | GYMFE | | | | $70.00- | | | | | 0.00 |
| 09/06/18 | 09/06/18 | 03/01/19 | PA AOC | S000012303 | RENT | | | | $1.00- | | | | | 1.00- |
| 09/26/18 | 09/26/18 | 09/26/18 | AI UBI 08/01/18-08/31/18 | S000010405 | UBILL | 27.90 | | | | | | | | 26.90 |
| 10/01/18 | 10/01/18 | 10/01/18 | RC Recurring Charges Update | S000010517 | RENT | 1,819.00 | | | | | | | | 1,845.90 |
| 10/01/18 | 10/01/18 | 10/01/18 | RC Recurring Charges Update | S000010517 | GARAG | 95.00 | | | | | | | | 1,940.90 |
| 10/01/18 | 10/01/18 | 10/01/18 | RC Recurring Charges Update | S000010517 | FLOOR | 20.00 | | | | | | | | 1,960.90 |
| 10/01/18 | 10/01/18 | 10/01/18 | RC Recurring Charges Update | S000010517 | GLOBL | 15.00 | | | | | | | | 1,975.90 |
| 10/01/18 | 10/01/18 | 09/26/18 | AI W PS154559211-VS JBerger | S000010405 | UBILL | | | | $27.90- | | | | | 1,948.00 |
| 10/01/18 | 10/01/18 | 10/01/18 | AI W PS154559211-VS JBerger | S000010517 | FLOOR | | | | $20.00- | | | | | 1,928.00 |
| 10/01/18 | 10/01/18 | 10/01/18 | AI W PS154559211-VS JBerger | S000010517 | GARAG | | | | $95.00- | | | | | 1,833.00 |

Current Residents , Previous Residents , Subsidy and Non-Subsidy transactions

CONFIDENTIAL