UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Branda Peebles, et al

V.

CIVIL ACTION: 1:23-10523-NMG

JRK Property Holdings, Inc., et a

### FINAL JUDGMENT

GORTON, U.S.D.J.                                             November 25, 2025

    Pursuant to the Memorandum and Order entered on 11/25/25, it is ORDERED and ADJUDGED that final judgment is hereby entered in favor of the Defendants .

By the Court,

/s/ Christine M. Lima_____
DEPUTY CLERK